Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Jazz Pharmaceuticals Ireland Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JAZZ PHARMACEUTICALS IRELAND LIMITED,**<br><br>　　　　　　　　**Plaintiff,**<br>　v.<br><br>**LUPIN LTD., LUPIN INC., and LUPIN PHARMACEUTICALS, INC.,**<br><br>　　　　　　　　**Defendants.** | **Civil Action No.** _____<br><br>**(Filed Electronically)** |

## LOCAL CIVIL RULE 7.1.1 DISCLOSURE STATEMENT OF PLAINTIFF JAZZ PHARMACEUTICALS IRELAND LIMITED

Pursuant to Local Civil Rule 7.1.1, Plaintiff Jazz Pharmaceuticals Ireland Limited ("Jazz") states that it is not aware of any person or entity that is not a party and is providing funding on behalf of Jazz for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

1

| | |
|---|---|
| Dated:  July 28, 2021 | By: s/ Charles M. Lizza       |
| | Charles M. Lizza |
| <u>Of Counsel</u>: | William C. Baton |
| | Sarah A. Sullivan |
| F. Dominic Cerrito | SAUL EWING ARNSTEIN & LEHR LLP |
| Eric C. Stops | One Riverfront Plaza, Suite 1520 |
| Evangeline Shih | Newark, New Jersey 07102-5426 |
| Andrew S. Chalson | (973) 286-6700 |
| Gabriel P. Brier | clizza@saul.com |
| Frank C. Calvosa | |
| QUINN EMANUEL URQUHART & | *Attorneys for Plaintiff* |
|   SULLIVAN, LLP | *Jazz Pharmaceuticals Ireland Limited* |
| 51 Madison Avenue, 22nd Floor | |
| New York, New York 10010 | |
| (212) 849-7000 | |