

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

**VIA ECF**  October 12, 2022

The Honorable Jessica S. Allen, U.S.M.J.
United States District Court
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:   *Jazz Pharmaceuticals Ireland Limited v. Lupin Inc., et al.*
               Civil Action No. 21-14271 (SRC)(JSA) (consolidated)

Dear Judge Allen:

      This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiff Jazz Pharmaceuticals Ireland Limited ("Jazz Pharmaceuticals") in the above-referenced matter. We write on behalf of all parties to update the Court on the status of the case in advance of the October 17, 2022 4:15 p.m. status videoconference with Your Honor. (*See* D.I. 62.)

      Pursuant to this Court's June 22 Order (*see* D.I. 47), the parties exchanged proposed terms for construction on September 23, 2022. The parties are scheduled to exchange their preliminary claim constructions and identification of supporting evidence on October 14, 2022, and their identification of intrinsic and extrinsic evidence to oppose constructions on October 28, 2022. *Id.* The Joint Claim Construction and Prehearing Statement is due on November 14, 2022. *Id.* With respect to written discovery, both parties have served and responded to written discovery.

      The parties look forward to discussing these and any other issues Your Honor wishes to address during the October 17 status videoconference.

      Thank you for Your Honor's kind attention to this matter.

                                 Respectfully yours,

                                   Charles M. Lizza

cc:    All counsel of record (via email)

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800
DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP