

Alexander L. Callo
Phone: (973) 286-6720
Fax: (973) 286-6800
alexander.callo@saul.com
www.saul.com

<u>VIA ECF</u>    January 5, 2024

The Honorable Jessica S. Allen, U.S.M.J.
United States District Court
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      <u>Re</u>:  *Jazz Pharmaceuticals Ireland Limited v. Lupin Inc., et al.*
            Civil Action No. 21-14271 (SRC)(JSA) (consolidated)

Dear Judge Allen:

      This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiff Jazz Pharmaceuticals Ireland Limited ("Jazz") in the above-referenced matter.

      We write on behalf of Jazz and Defendants Lupin Inc. and Lupin Pharmaceuticals, Inc. (together, "Lupin") to respectfully request a two-week extension, until January 22, 2024, to file the motion to seal Jazz's and Lupin's opening *Markman* papers (ECF Nos. 98, 100, 103) and December 4, 2023 letter to Your Honor (ECF No. 111). Pursuant the Court's December 19, 2023 Letter Order (ECF No. 119), this motion to seal is due on January 8. Jazz and Lupin, however, require additional time to finalize the motion to seal and meet and confer regarding the same, if necessary. Accordingly, if this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

      Thank you for Your Honor's kind attention to this matter.

                                                Respectfully yours,

                                                Alexander L. Callo

cc:    All counsel of record (via email)

SO ORDERED.

_____
Hon. Jessica S. Allen, U.S.M.J.