

Sarah A. Sullivan
Phone: (973) 286-6728
Fax: (973) 286-6800
sarah.sullivan@saul.com
www.saul.com

**VIA ECF**  March 3, 2025

The Honorable Jessica S. Allen, U.S.M.J.
United States District Court
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:   *Jazz Pharmaceuticals Ireland Limited v. Lupin Inc., et al.*
              Civil Action No. 21-14271 (SRC)(JSA) (consolidated)

Dear Judge Allen:

      This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiff Jazz Pharmaceuticals Ireland Limited ("Jazz") in the above-referenced matter. We write on behalf of all parties regarding the motion to seal for the papers related to Defendants' Motion to Amend (ECF Nos. 185, 186, 190, & 193), which is currently due tomorrow, March 4, 2025.

      The parties respectfully request a one-week extension, until March 11, of the deadline to file this motion to seal. This requested extension is necessary for the parties to finalize the motion to seal and redactions to the motion papers, which are voluminous, and to meet and confer, if necessary. *See* L. Civ. R. 5.3(c)(1). Accordingly, if this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

      Thank you for Your Honor's kind attention to this matter.

                                    Respectfully yours,

                                    */s/ Sarah A. Sullivan*
                                    Sarah A. Sullivan

cc:   All counsel of record (via email)

SO ORDERED on this __ day of March, 2025, that the deadline to file the motion to seal for the papers related to Defendants' Motion to Amend Amend (ECF Nos. 185, 186, 190, & 193) is extended to March 11, 2025.

_____
Hon. Jessica S. Allen, U.S.M.J.