**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

March 11, 2025

**VIA ECF**
Hon. Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Jazz Pharmaceuticals Ireland Ltd. v. Lupin Inc., et al.*
             **Civil Action No. 21-cv-14271 (SRC)(JSA)(Consolidated)**

Dear Judge Alen:

    This firm, together with Mintz Levin Cohn Ferris Glovsky and Popeo PC, represents Defendant Teva Pharmaceuticals, Inc. ("Teva") in connection with the above-referenced matter.

    Pursuant to L. Civ. R. 101.1(c)(5), we respectfully request Your Honor's approval of the withdrawal of Simone B. Yhap as one of Teva's *pro hac vice* counsel. Ms. Yhap was admitted *pro hac vice* on behalf of Teva by this Court's Order on September 12, 2023 (D.E. 42, Case No. 2:23-cv-01617). The law firms of Walsh Pizzi O'Reilly Falanga LLP and Mintz Levin Cohn Ferris Glovsky and Popeo PC will continue to represent Teva in this action.

    If Your Honor approves, we respectfully request that Your Honor "So Order" this letter and have it filed on the docket. As always, we thank the Court for its attention to this matter and we are available should Your Honor or Your Honor's staff have any questions or need anything further.

                                  Respectfully submitted,

                                  *s/Liza M. Walsh*

                                  Liza M. Walsh

cc:    All Counsel of Record (via ECF and E-Mail)

SO ORDERED this \_\_\_\_ day of \_\_\_\_, 2025.

_____
Hon. Jessica S. Allen, U.S.M.J.