**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

March 21, 2025

<u>**VIA ECF**</u>
Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *Jazz Pharmaceuticals Ireland Ltd. v. Lupin Inc., et al.*
Civil Action No. 21-cv-14271 (SRC)(JSA)(Consolidated)

Dear Judge Allen:

This firm, together with Mintz Levin Cohn Ferris Glovsky and Popeo PC, represents Defendant Teva Pharmaceuticals, Inc. ("Teva"), in connection with the above-referenced matter. Pursuant to Local Civil Rule 101.1(c) and Your Honor's Judicial Preferences, Teva respectfully submits this informal application for the *pro hac vice* admission of Scott J. Bornstein, Benjamin D. Witte, Jonathan Presvelis, and Omar A. Nesheiwat of Greenberg Traurig LLP in this matter. Counsel for Plaintiff consents to this application.

In support of this application, enclosed please find the following documents:

- Certification of Scott J. Bornstein;
- Certification of Benjamin D. Witte;
- Certification of Jonathan Presvelis;
- Certification of Omar A. Nesheiwat;
- Certification of Liza M. Walsh in Support of *Pro Hac Vice* Admission; and
- Proposed Order.

Should the enclosed proposed form of Order meet with Your Honor's approval, we respectfully request that it be entered. Of course, should Your Honor or Your Honor's staff have any questions regarding the within, we are always available.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

Honorable Jessica S. Allen, U.S.M.J.
March 21, 2025
Page 2

Encl.
cc:     All Counsel of Record (via ECF and Email)