

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

March 27, 2025

**BY ECF**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: ***Jazz Pharmaceuticals Ireland Ltd. v. Lupin Inc., et al.***
      ***Civil Action No. 21 CV 14271 (SRC)(JSA)(consolidated)***

Dear Judge Allen:

  This firm, together with Katten Muchin Rosenman LLP, represents Defendants, Lupin Inc. and Lupin Pharmaceuticals, Inc. (collectively "Lupin") in the above-referenced matter.  We are writing on the parties' behalf to respectfully request an extension of the following deadlines:

| **Event** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Opening Expert Reports | April 7, 2025 | April 21, 2025 |
| Responsive Expert Reports | June 6, 2025 | June 20, 2025 |
| Reply Expert Reports | July 21, 2025 | July 28, 2025 |
| Close of Expert Discovery | September 4, 2025 | September 4, 2025 |

  As the Court can see, the change of dates for the exchange of expert reports will not affect the overall case schedule and the close of expert discovery. If this is acceptable to Your Honor, we respectfully request that you "SO ORDER" this letter where indicated below.

  We thank Your Honor for your continued assistance with this matter.  Should Your Honor have any questions, we are available at your convenience.

             Respectfully submitted,

             s/ James S. Richter

             James S. Richter

Cc: All Counsel of Record (by ECF)





Honorable Jessica S. Allen, U.S.M.J.                              March 27, 2025
                                                                         Page 2

SO ORDERED:

    s/Jessica S. Allen                                      Dated: March 31, 2025
Honorable Jessica S. Allen, U.S.M.J.