

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

April 24, 2025

**VIA ECF**

The Honorable Jessica S. Allen, U.S.M.J.
United States District Court
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

     Re: *Jazz Pharmaceuticals Ireland Limited v. Lupin Inc., et al.*
        Civil Action No. 21-14271 (SRC)(JSA) (consolidated)

Dear Judge Allen:

  This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiff Jazz Pharmaceuticals Ireland Limited ("Jazz") in the above-referenced matter. We write on behalf of all parties to update the Court on the status of the case in advance of the May 1, 2025 11:00 a.m. status videoconference with Your Honor.

  The case is in expert discovery. On March 25, 2025, Jazz reduced the number of asserted claims from over 300 claims across 14 patents to 48 claims across 12 patents from three different patent families. On April 17, 2025, Jazz filed covenants not to sue Teva or the Lupin Defendants on U.S. Patent Nos. 10,195,168 and 10,675,258. (D.I. 227 and 228). The parties exchanged opening expert reports on April 21, 2025. While the parties' review of opening expert reports remains ongoing, based on a preliminary assessment, Jazz contends that it has identified new theories, prior art, and prior art combinations in Defendants' expert reports that were not disclosed in their invalidity contentions. Defendants disagree with Jazz's contentions and note that they have significantly reduced the number of previously presented theories, prior art, and prior art combinations through their expert reports, including eliminating dozens of prior art references and combinations in some cases, while still defending against the forty-eight currently asserted claims and the nearly two dozen claims from which they depend. Defendants state that Jazz has not identified any details of their alleged issues other than the language in this letter, and Defendants are thus unable to respond further at this time. The parties will meet and confer to attempt to resolve any disputes. To the extent Court intervention may be necessary, the parties will raise any issues promptly with the Court. Responsive expert reports are due on June 20, 2025, and reply expert reports are due on July 28, 2025. (D.I. 217). Expert discovery is scheduled to close on September 4, 2025. *Id.*

Hon. Jessica S. Allen, U.S.M.J.
April 24, 2025
Page 2

      There are currently no other issues ripe for discussion with the Court. The parties look forward to discussing the above and any other issues Your Honor wishes to address during the May 1 status videoconference.

      Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Charles M. Lizza

cc: All counsel of record (via email)