**SAUL EWING** LLP

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

May 29, 2025

**VIA ECF**

The Honorable Jessica S. Allen, U.S.M.J.
United States District Court
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

     Re: *Jazz Pharmaceuticals Ireland Limited v. Lupin Inc., et al.*
        Civil Action No. 21-14271 (SRC)(JSA) (consolidated)

Dear Judge Allen:

  This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiff Jazz Pharmaceuticals Ireland Limited ("Jazz") in the above-referenced matter. We write on behalf of all parties pursuant to the Court's Order (D.I. 234) to update Your Honor on the parties' disputes concerning the scope of opening expert reports.

  Following the parties' last update (D.I. 233), Defendants served amended opening expert reports for two of their three experts, Dr. Radtke and Dr. Crowley, on May 15. The parties have resolved their dispute over Dr. Radtke's report. Jazz continues to dispute the scope of the reports from Dr. Crowley and Defendants' third expert, Dr. Dyar. The parties also continue to dispute Defendants' objections to the scope and content of Jazz's opening expert reports.

  Accordingly, the parties are continuing to meet and confer regarding the timing and procedure for presentation of these issues to the Court. We therefore respectfully request an additional week, until June 5, to update the Court on the status of these discussions and the parties' positions. If this meets with the Court's approval, we have included a form of endorsement below.

  Thank you for Your Honor's kind attention to this matter.

                 Respectfully yours,

                 Charles M. Lizza

cc: All counsel of record (via email)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE FLORIDA ILLINOIS MARYLAND MASSACHUSETTS MINNESOTA NEW JERSEY NEW YORK PENNSYLVANIA WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Jessica S. Allen, U.S.M.J.
May 29, 2025
Page 2

SO ORDERED that the parties shall update the Court on the status of the foregoing discussions by June 5, 2025.

_____
Hon. Jessica S. Allen, U.S.M.J.