

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

August 7, 2025

**VIA ECF**
Hon. Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Jazz Pharmaceuticals Ireland Ltd. v. Lupin Inc., et al.*
             **Civil Action No. 21-cv-14271 (SRC)(JSA)(Consolidated)**

Dear Judge Allen:

      This firm, together with Greenberg Traurig LLP, represents Defendant Teva Pharmaceuticals, Inc. ("Teva") in connection with the above-referenced matter. We write on behalf of all parties regarding the motion to seal (i) the briefing on motions to strike (ECF Nos. 241, 243, 245-248), and, if necessary (ii) the forthcoming transcript of any oral argument and the Court's forthcoming ruling on the motions. *See* L. Civ. R. 5.3(c)(2)(ii).

      To avoid burdening the Court and parties with multiple joint motions to seal this related material, the parties have agreed—subject to the Court's approval—to file one omnibus motion to seal this material, together with the redacted versions of the submissions subject to the sealing motion, two weeks after entry of the Court's ruling on the pending motions to strike. The parties respectfully submit that the filing of one omnibus motion to seal this material is the most efficient means of addressing the interrelated sealing issues and will avoid duplicative sealing motion practice.

      If this meets with the Court's approval, we respectfully request that Your Honor sign the form of endorsement below and have it entered on the docket.

      Thank you for Your Honor's kind attention to this matter.

                                      Respectfully submitted,

                                      *s/Liza M. Walsh*

                                      Liza M. Walsh

cc:    Counsel of Record (via ECF and Email)

Hon. Jessica S. Allen, U.S.M.J.
August 7, 2025
Page 2

SO ORDERED this _____, day of _____, 2025

_____
Honorable Jessica S. Allen, U.S.M.J.