**SAUL EWING**
LLP

Alexander L. Callo
Phone: (973) 286-6720
Fax: (973) 286-6800
alexander.callo@saul.com
www.saul.com

January 16, 2026

<u>VIA ECF</u>

Clerk, United States District Court
District of New Jersey
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

     <u>Re</u>: *Jazz Pharmaceuticals Ireland Limited v. Lupin Inc., et al.*
        Civil Action No. 21-14271 (SRC)(JSA) (consolidated)

Dear Sir/Madam:

  This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiff Jazz Pharmaceuticals Ireland Limited in the above-referenced matter. We write to respectfully request copies of the sealed opinions entered by Judge Allen yesterday in this case (ECF Nos. 251 & 253).

  We understand from the Clerk's Office that the Court can no longer electronically transmit sealed documents to the parties. Accordingly, pursuant to our conversation with the Clerk's Office earlier today, we are sending Joseph A. Gavin (Office Services Assistant at Saul Ewing LLP, counsel of record for Plaintiffs) to the Clerk's Office today to retrieve copies of the sealed opinions entered yesterday at ECF Nos. 251 and 253. We respectfully request that you provide Mr. Gavin with those copies. We have conferred with counsel for Defendants, and they consent to this request. We will provide Defendants with copies of these opinions after Mr. Gavin obtains them.

  Thank you for your kind attention to this matter.

                  Respectfully yours,

                  Alexander L. Callo

cc:  All counsel of record (via email)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP