**Midlige Richter**

121 UNION AVENUE
MIDDLESEX, NEW JERSEY 08846
PHONE: 908.626.0622

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

March 17, 2026

**BY ECF**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:    *Jazz Pharmaceuticals Ireland Ltd. v. Lupin Inc., et al.***
> ***Civil Action No. 21 CV 14271 (SRC)(JSA)(consolidated)***

Dear Judge Allen:

This firm, together with Katten Muchin Rosenman LLP, represents Defendants, Lupin Inc. and Lupin Pharmaceuticals, Inc. (collectively "Lupin") in the above-referenced matter.  We are writing on all Defendants' behalf to respectfully request an extension of the following deadlines set forth in the February 2, 2026 Text Order (ECF No. 267):

| **Event** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Responsive Expert Reports | April 6, 2026 | April 20, 2026 |
| Reply Expert Reports | May 6, 2026 | May 20, 2026 |
| Close of Expert Discovery | June 19, 2026 | July 3, 2026 |

The parties have conferred and Plaintiff does not object to Defendants' request.

Additionally, we respectfully request that the Status Conference currently scheduled for April 20, 2026 be adjourned due to a conflict the undersigned has on April 20. The parties have conferred and are available on April 27.  If that date is not available for Your Honor, the parties will further confer to propose alternative dates.

We additionally request the joint status letter scheduled for one week prior to the Status Conference be moved to one week prior to any new date the Court may order for the conference. If this is acceptable to Your Honor, we respectfully request that you "SO ORDER" this letter where indicated below.

Honorable Jessica S. Allen, U.S.M.J.                                                  March 17, 2026
                                                                                              Page 2


        We thank Your Honor for your continued assistance with this matter.  Should Your Honor
have any questions, we are available at your convenience.

                                                    Respectfully submitted,

                                                    s/ James S. Richter

                                                    James S. Richter


Cc:     All Counsel of Record (by ECF)




SO ORDERED:


_____          Dated: March _____, 2026
        Honorable Jessica S. Allen, U.S.M.J.