

Charles M. Lizza

Phone: (973) 286-6715

Fax: (973) 286-6815

clizza@saul.com

www.saul.com

May 21, 2026

**VIA ECF**

The Honorable Jessica S. Allen, U.S.M.J.
United States District Court
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re:    *Jazz Pharmaceuticals Ireland Limited v. Lupin Inc., et al.*
>          Civil Action No. 21-14271 (SRC)(JSA) (consolidated)

Dear Judge Allen:

This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiff Jazz Pharmaceuticals Ireland Limited ("Jazz") in the above-referenced matter. We write on behalf of all parties pursuant to the Court's May 13, 2026 Order (D.I. 273) to submit a joint proposed modified schedule regarding the deadlines for serving reply expert reports and for completing expert discovery, including expert depositions. The parties' proposed modified schedule is below:

| **Event** | **Current Deadline** (*see* **D.I. 269**) | **Proposed Modified Deadline** |
|---|---|---|
| Reply Expert Reports | May 20, 2026 | June 30, 2026 |
| Close of Expert Discovery | July 3, 2026 | September 25, 2026 |

As stated in Your Honor's Order (*id.*), the parties have resolved their disputes regarding their respective rebuttal expert reports. As part of that resolution, Defendants have agreed to withdraw paragraphs 34, 53, 108, 191-195, 202-205, and 207-220 from the April 20, 2026 rebuttal expert report of Dr. Shelley D. Hershner. Further, Jazz has agreed that it will not introduce any new evidence regarding conversations between its commercial success expert, Michael E. Tate, and employees at Jazz beyond what is contained in Mr. Tate's April 20, 2026 rebuttal expert report.

If the parties' proposed modified schedule meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

Hon. Jessica S. Allen, U.S.M.J.
May 21, 2026
Page 2

Thank you for Your Honor's kind attention to this matter.

*The parties' proposed modified schedule is granted. **A joint status letter is due on or before 7/30/26**, addressing the status of expert discovery and the parties' discussions regarding reducing the number of claims as well as whether any party intends to file a motion for summary judgment. **A status conference by videoconference is scheduled for 8/5/26 at 11:30 a.m.** The connection information will be provided in advance.

**SO ORDERED**:

Respectfully yours,

Charles M. Lizza

_s/ Jessica S. Allen_____
Hon. Jessica S. Allen, U.S.M.J.

Dated: May 26, 2026