

Charles M. Lizza

Phone: (973) 286-6715

Fax: (973) 286-6815

clizza@saul.com

www.saul.com

July 30, 2026

**VIA ECF**

The Honorable Jessica S. Allen, U.S.M.J.
United States District Court
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:    *Jazz Pharmaceuticals Ireland Limited v. Lupin Inc., et al.*
Civil Action No. 21-14271 (SRC)(JSA) (consolidated)

Dear Judge Allen:

This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiff Jazz Pharmaceuticals Ireland Limited ("Jazz") in the above-referenced matter. We write on behalf of all parties pursuant to the Court's Order (D.I. 275) to update Your Honor on the status of expert discovery, the parties' discussions regarding reducing the number of claims, and whether any party intends to file a motion for summary judgment.

The parties served reply expert reports on June 30, 2026. Defendants consented to Jazz serving sur-reply expert reports by July 31, 2026 on a narrow issue relating to secondary considerations of non-obviousness. The sur-replies will not delay expert discovery, which closes on September 25, 2026.[1] D.I. 275.

Pursuant to this Court's March 19, 2024 Order (D.I. 143), the parties intend to discuss limiting the number of asserted claims within thirty (30) days after expert discovery closes. Before expert discovery began, Jazz had narrowed the number of asserted claims to 48 from a previous total of 291 asserted against Teva and 286 asserted against Lupin (*see* D.I. 141).

The parties are still evaluating whether to file a motion for summary judgment, which will depend in part on the completion of expert discovery and the asserted claims at that juncture. Based on the current record, however, the parties anticipate potentially seeking summary judgment with respect to one or more of the three asserted patent families.

---

[1] The parties note that one of Plaintiff's experts is scheduled to be deposed on September 30, 2026, after the September 25, 2026 close of expert discovery.

Hon. Jessica S. Allen, U.S.M.J.
July 30, 2026
Page 2


We look forward to discussing these issues and any other issues Your Honor wishes to address during the August 5 status video conference.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Charles M. Lizza

cc:      All counsel of record (via email)